151 F.3d 1026
 George L. Koynok
v.
Peter Speaks, Agency Head Hearings and Appeals, Harrisburg,
PA, Katrina Dunderdale, Hearing Examiner, Hearings and
Appeals, Pittsburgh, Pa, County of Allegheny Children and
Youth Services, Paula Kelemen, an officer of Allegheny
County Police Department, Warrne Lewis, as Director,
Division of State Services, Scott Fries, as Director,
Childline Abuse Directory, John A. Parse, as Hearing
Examiner, Office of Hearings and Appeals, Barbara Daubner, as a
 NO. 97-3413
 United States Court of Appeals,
Third Circuit.
 April 2, 1998
 
 Appeal From: W.D.Pa. ,No.9600778 ,
 Cindrich, J.
 
 
 1
 Affirmed.